UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LOPEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL MARTEL,<br><br>　　　　Respondent.<br>_____/ | 1:10-cv-00390-JLT  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 3) |

　　　　Petitioner has requested the appointment of counsel, citing as grounds therefore Petitioner's contention that an evidentiary hearing is required and appointed counsel necessary in order to investigate various factual issues.  (Doc. 3).  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.

　　　　In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.  The Court has not conducted its preliminary screening of the petition and therefore any request for an evidentiary hearing to resolve purported factual disputes is premature.  If the Court determines that an evidentiary hearing is required, the Court

will reconsider the need for appointment of counsel and Petitioner's may renew his request at that time. Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel (Doc. 3), is DENIED.

IT IS SO ORDERED.

Dated:   **March 10, 2010**                              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE