UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LOPEZ, | 1:10-cv-00390-OWW-JLT HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF AN ORDER TO PLACE PETITIONER AND ASSISTANT ON PRIORITY LEGAL USER STATUS FOR ONE YEAR  (Doc. 26) |
| v. | |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner originally filed his federal petition on January 25, 2010 in the Sacramento Division of this Court.  (Doc. 1).  On March 5, 2010, the case was transferred to the Fresno Division.  (Doc. 8).  On March 19, 2010, Petitioner filed a first amended petition raising four claims: (1) failure of prosecutor to disclose exculpatory evidence; (2) statute under which Petitioner was convicted was unconstitutional; (3) Petitioner's Sixth Amendment rights were violated by juror misconduct; and (4) Petitioner's constitutional rights were violated when his conviction was obtained by an unconstitutional amendment to an indictment.  (Doc. 14, pp. 4-5).

On April 29, 2010, the Court issued an Order to Show Cause why the petition should not be dismissed because it contained no exhausted claims.  (Doc. 16).  On May 17, 2010, Petitioner filed a motion to stay and also lodged a second amended petition containing two claims: (1) the trial court's

denial of a motion for a new trial based on juror misconduct violated Petitioner's federal constitutional rights; and (2) insufficient evidence was presented to support the conviction. (Doc. 18). Both of these claims are exhausted as they were presented to the California Supreme Court in a Petition for Review during Petitioner's direct appeal. (Doc. 14, pp. 326-327).

On June 25, 2010, the Court granted Petitioner's motion for stay of proceedings while he exhausts additional claims. (Doc. 19). As part of that order, the case has been administratively closed. On September 17, 2010, Petitioner filed a motion seeking an order from this Court placing Petitioner and his "jailhouse lawyer" on "priority legal user" ("PLU") status at the prison's law library for a period of one year. (Doc. 23). On October 7, 2010, the Court denied the motion. (Doc. 26). On October 25, 2010, Petitioner filed a motion to reconsider denial of the motion for PLU status, again complaining that if his "jailhouse lawyer" did not have PLU status, it would delay and impede his ability to prepare his case. (Doc. 26). On April 13, 2011, Petitioner filed a notice that a state petition for writ of habeas corpus had been filed pursuant to the stay currently in effect. (Doc. 29).

**DISCUSSION**

Petitioner's motion for reconsideration presents no new grounds for granting Petitioner's jailhouse lawyer PLU status vis-a-vis the prison law library. The Court has already fully addressed Petitioner's contentions in its order of October 7, 2010, and those reasons remain valid. The Court sees no basis at this time for according Petitioner, or his jailhouse lawyer, a special status that it has not accorded to any other habeas petitioner in this Court. Moreover, as mentioned in the previous order denying PLU status, the Court's view is that, absent a situation in which Petitioner is totally denied access to the prison law library, the specific manner and method of that access is a matter between the California Department of Corrections and Rehabilitation ("CDCR") and the individual prisoner, i.e., Petitioner. It is not appropriate for this Court to intercede on Petitioner's behalf nor to dictate to CDCR how and in what manner it should permit its inmates to have access to its own legal research facilities.

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion for

reconsideration (Doc. 26), is DENIED.

IT IS SO ORDERED.

Dated: __**May 19, 2011**__                                        ___/s/ Jennifer L. Thurston___
                                                                                     UNITED STATES MAGISTRATE JUDGE