UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY LOPEZ, | ) | 1:10-cv-00390-AWI-JLT HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION FOR SECOND AMENDED PETITION |
| MICHAEL MARTEL, Warden, | ) ) | |
| Respondent. | ) ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition on January 25, 2010. (Doc. 1). On March 19, 2010, Petitioner filed a first amended petition. (Doc. 14). On May 17, 2010, Petitioner filed a motion to stay proceedings to exhaust unexhausted claims in the first amended petition. (Doc. 17). On June 25, 2010, the Court granted Petitioner's motion. (Doc. 19). On September 20, 2011, Petitioner informed the Court that all of his claims were now exhausted. (Doc. 32). On December 9, 2011, the Court ordered the stay lifted and required that Petitioner filed his second amended petition within thirty days. (Doc. 33). On December 27, 2011, Petitioner filed the instant second amended petition. (Doc. 35).

    Upon examination of the second amended petition, the Court has discovered that the petition does not contain an original signature. Petitioner did not sign the form petition on page 7, as

required, indicating that the allegation therein are made under penalty of perjury. Local Rule 131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

     Rather than require Petitioner to submit a third amended petition, Petitioner is ORDERED to submit a document stating that he submitted the second amended petition to the Court and that the allegations set forth in it are true and correct. He must sign this document under penalty of perjury and date the document. *The document SHALL contain an original signature.* Petitioner is GRANTED 20 days from the date of service of this order to comply with the Court's directive.

     Petitioner is forewarned that failure to comply with a Court order will result in a recommendation of dismissal for the second amended petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **January 4, 2012**                        /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE